UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHAPSODY INTERNATIONAL INC.,<br>             Plaintiff,<br><br>    v.<br><br>RYAN LESTER, et al.,<br>             Defendants. | Case No.  13-cv-05489-CRB (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br>Re: Dkt. Nos. 57, 59 |

The parties' discovery disputes have been referred to this Magistrate Judge for resolution.  There are presently two disputes: Docket No. 57 and Docket No. 59.  While the district court ordered the parties to submit a joint discovery letter, a motion and opposition have already been filed as to Docket No. 57.  Accordingly, Defendants, if they choose, may file a reply on or before Wednesday, July 16, 2014.

With respect to Docket No. 59, as Plaintiff has already filed the motion, Defendants may file their opposition, if any, by Wednesday, July 16, 2014.  Plaintiff's reply, if any, shall be filed by noon on July 18, 2014.

The Court will advise the parties if oral argument is required.

**IT IS SO ORDERED.**

Dated: July 14, 2014

                                                                                                            JACQUELINE SCOTT CORLEY<br>
                                                                                                            United States Magistrate Judge