UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RHAPSODY INTERNATIONAL INC., Plaintiff, v. RYAN LESTER, et al., Defendants. | Case No. 13-cv-05489-CRB (JSC) **ORDER RESCHEDULING HEARING TO FRIDAY, AUGUST 1, 2014 AT 3:30 P.M.** Re: Dkt. No. 71 |
|---|---|

Now pending before the Court is Defendants' motion to continue tomorrow's discovery hearing to sometime after August 8, 2014 due to Defendants' lead counsel's involvement in a trial in another matter. The motion is DENIED. The Court, however, reschedules the hearing from 10 a.m. to 3:30 p.m. The parties may appear at the hearing by phone, and, if Defendant's lead counsel remains unavailable, another of Defendants' attorneys may attend in his place.

**IT IS SO ORDERED.**

Dated: July 31, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge