1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7    RHAPSODY INTERNATIONAL INC.,                   Case No.  13-cv-05489-CRB (JSC)
                    Plaintiff,
8
          v.                                        **ORDER RE: DISCOVERY DISPUTES**
9
     RYAN LESTER, et al.,                            Re: Dkt. Nos. 57, 59, 67
10
                    Defendants.
11

12

13        Now pending before the Court are three disputes concerning the taking of discovery after

14   the close of fact discovery.  The Court held a hearing on the matters on August 1, 2014, and orders

15   as follows:

16        Plaintiff shall take the depositions of Ryan Lester and Nesha Khargie on August 18, 2014

17   (unless the parties stipulate otherwise).

18        Defendants shall notify Plaintiff by no later than c.o.b. Monday, August 4, 2014 the dates

19   on which Tim Iversen is available for deposition.

20        Defendants shall respond to Plaintiff's written discovery and document requests by no later

21   than August 8, 2014.

22        The parties shall meet and confer regarding Defendants' written discovery requests in an

23   effort to narrow the requests.  Plaintiff shall respond to Defendants' narrowed written discovery

24   requests by no later than August 29, 2014.

25        Defendants' request for leave to take depositions noticed for after the close of fact

26   discovery is denied as untimely.

27   //

28   //

United States District Court
Northern District of California

1          **IT IS SO ORDERED.**

2     Dated: August 4, 2014

3                                                      _Jacqueline S. Corley_____

                                                       JACQUELINE SCOTT CORLEY
4                                                      United States Magistrate Judge

5

6

7

8

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28