UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHAPSODY INTERNATIONAL INC.,<br>　　　　　Plaintiff,<br>　　v.<br>RYAN LESTER, et al.,<br>　　　　　Defendants. | Case No.  13-cv-05489-CRB (JSC)<br><br>**ORDER TO DEFENDANTS TO RESPOND TO PLAINTIFF'S DISCOVERY LETTER BRIEF** |

Plaintiff has filed a discovery letter brief seeking several forms of relief, including monetary sanctions, arising from Defendants' alleged failure to follow this Court's August 4, 2014 Order.  (Dkt. No. 75.)  Defendants shall file a response to Plaintiff's letter by no later than Friday, August 15, 2014 at noon.

**IT IS SO ORDERED.**

Dated: August 14, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge