BRUNDIDGE & STANGER, P.C.
CARL I. BRUNDIDGE (*pro hac vice*)
cbrundidge@brundidge-stanger.com
DEIDRE L. MCAULEY (*pro hac vice*)
dmcauley@brundidge-stanger.com
2318 Mill Road, Suite 1020
Alexandria, Virginia 22314
Telephone: (703)684-1470
Facsimile: (703)684-1460

SAWYER LAW GROUP, P.C
JOSEPH A. SAWYER, JR. (California SBN: 123092)
sawyer@sawyerlawgroup.com
2479 E. Bayshore Rd., Ste 275
Palo Alto, CA 94303
Telephone: (650)475-1435

Attorneys for Defendants
Ryan Lester and NapsterFM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHAPSODY INTERNATIONAL INC, <br><br> Plaintiff, <br><br> v. <br><br> RYAN LESTER AND NAPSTERFM LLC <br><br> Defendants. | Case No. 3:13-cv-05489-CRB (JSC) <br><br> DEFENDANTS OPPOSITION TO PLAINTIFFS DISCOVERY LETTER BRIEF |

Magistrate Judge Jacqueline Scott Corley

## I.  Introduction

Defendants, Ryan Lester and NapsterFM LLC ("the Defendants") oppose Plaintiff Rhapsody International Inc.'s ("Rhapsody) Letter Brief requesting further relief to serve supplemental discovery responses, to complete document production and take depositions as set forth below and hereby request that the Court delay its decision on the issues raised in the Letter

DEFENDANTS OPPOSITION TO PLAINTIFFS DISCOVERY LETTER BRIEF

Brief and allow Plaintiff and Defendants at least a week to conclude this matter according to the terms and conditions as agreed to by the parties on August 13, 2014.

## II.     Settlement Terms Have Been Agreed Between the Parties

On August 13, 2014 Counsel for Defendants and Counsel for Plaintiff conducted a meet and confer during which Counsel for Defendants informed Counsel for Plaintiff that Defendants will accept a previous offer made by Plaintiff to settle this matter. Subsequent to the August 13, 2014 meet and confer Defendants through their Counsel confirmed their acceptance of the terms, conditions and amount of the previous offer in writing by email to Plaintiff. (Brundidge Decl. para 3 & 4). Counsel for Plaintiff in response to Defendant's email acceptance stated in writing by email to Defendants that they confirm that Plaintiff is "willing to settle this matter on the terms set forth in the June 19 email from Mehrnaz Boroumand Smith" and that Counsel for Plaintiff is now "preparing a settlement agreement and will send that for your review". (Brundidge Decl. para 5).

Defendants are relying on Plaintiff's Counsel's representations at the meet and confer that the parties have reached an agreement and that this matter is now settled.  Accordingly, Defendants hereby request that the Court delay its decision on the issues raised in the Letter Brief and allow Plaintiff and Defendants at least a week to conclude this matter according to the terms and conditions as agreed to by the parties.

During the meet and confer Plaintiff's Counsel stated that they "will prepare the mutual release of all claims between the parties and the filing for the court indicating the parties have agreed in principle to settle this matter and are suspending any further action in the case". However, Plaintiff's Counsel indicated subsequently that the Plaintiff's preference was not to file anything at the court until the settlement agreement is finalized. (Brundidge Decl. para 6).

DEFENDANTS OPPOSITION TO PLAINTIFFS DISCOVERY LETTER BRIEF

Defendants submit that the terms and conditions have been agreed to and it would seem an unnecessary waste of the Court's time and resources deciding issues set forth in Plaintiffs Letter Brief when settlement is at hand. To decide this matter and possibly impose sanctions at this time would upset the financial agreement reached by the parties to settle this matter. Therefore, Defendants hereby request that the Court delay its decision on the issues raised in the Letter Brief and allow Plaintiff and Defendants at least a week to conclude this matter according to the terms and conditions as agreed to by the parties.

**III.    Response to Discovery Disputes**

Regarding the specifics of Defendant's opposition to Plaintiff's Letter Brief, besides the fact that the parties have agreed to specific terms and conditions to settle this mater, the following is provided.

Regarding Tim Iversen defendants had been unable to reach Mr. Iversen after repeated attempts to contact him. (Brundidge Decl. para 7). Counsel for Defendants have continually apprised Plaintiff of the progress of the attempts to reach Mr. Iversen. Specifically Counsel for Defendants notified Plaintiff on several occasions including August 4, 2014 that they were unable to reach Mr. Iversen and as such he was not available for deposition. (Brundidge Decl. 8)

Further Counsel for Defendants have been informed that Mr. Iversen has retained his own counsel to represent him in this matter. I have spoken with Mr. Iversen's counsel and have the understanding that Mr. Iversen is now considering his options and may choose to oppose the subpoena. (Brundidge Decl. para 9).

It should be noted that Counsel for Defendants have repeatedly informed Counsel for Plaintiff that they never represented Mr. Iversen and cannot guarantee his appearance. Counsel for

Defendants' contract is with their expert Jim Timmons who has indicated his willingness to give a deposition in this matter regarding his expert report. (Brundidge Decl. 10).

In any event Mr. Iversen's deposition is now unnecessary since the parties have agreed to specific terms and conditions to settle this mater.

Ryan Lester and Nesha Khargie are willing to be deposed on September 9 and 10, 2014. However, the depositions of Ryan Lester and Nesha Khargie, the same as Mr. Iversen, are unnecessary since the parties have agreed to specific terms and conditions to settle this mater.

It should be noted that as ordered by the court Counsel for Plaintiff and Counsel for Defendants have conducted a meet and confer on August 8, 2014 and have scheduled a subsequent meet and confer for August 18, 2014. Progress has been made with the first meet and confer and should continue with the second meet and confer scheduled for August 18, 2004. (Brundidge Decl. para 11).

It should be further noted that the second meet and confer scheduled for August 18, 2004 will be conducted, it is expected that the topic of the second meet and confer will be finalizing the agreement between the parties.

As for the Documents to be produced by Defendants, Defendants have now gather the requested documents and are prepared to provide them.  However, the same as the depositions, the production of documents by both parties is unnecessary since the parties have agreed to specific terms and conditions to settle this mater.

**IV.     Requested Sanctions**

As for the requested monetary sanctions, Defendants submit that as per the above they have not violated the Court's discovery order. Further, Defendants submit that sanctions are unnecessary since the parties have agreed to specific terms and conditions to settle this mater. To

4

DEFENDANTS OPPOSITION TO PLAINTIFFS DISCOVERY LETTER BRIEF

impose sanctions at this time would upset the financial agreement reached by the parties to settle this matter.

**V.     Conclusion**

Therefore based on the above it would be premature for the court to order such relief or the requested sanctions since the parties have agreed to specific terms and conditions to settle this mater.

Defendants hereby request that the Court delay its decision on the issues raised in the Letter Brief and allow Plaintiff and Defendants at least a week to conclude this matter according to the terms and conditions as agreed to by the parties.

DATED:__August 15, 2014_____

Brundidge & Stanger PC


By:   __/s/ Carl I. Brundidge_____


Carl I. Brundidge
(*pro hac vice*)
Attorney for Defendants
Ryan Lester and NapsterFM LLC

5

DEFENDANTS OPPOSITION TO PLAINTIFFS DISCOVERY LETTER BRIEF

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2014, I caused to be served by electronic mail and first class mail the foregoing DEFENDANTS OPPOSITION TO PLAINTIFFS DISCOVERY LETTER BRIEF on:

Mehrnaz Boroumand Smith
Gia Cincone
Counsels for Plaintiff
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111

Email: mboroumand@kilpatricktownsend.com
         gcincone@kilpatricktownsend.com

          Brundidge & Stanger PC


          By:   ___/s/ Carl I. Brundidge___

           Carl I. Brundidge
           (*pro hac vice*)
           Attorney for the Defendants
           Ryan Lester and NapsterFM LLC

DEFENDANTS OPPOSITION TO PLAINTIFFS DISCOVERY LETTER BRIEF