BRUNDIDGE & STANGER, P.C.
CARL I. BRUNDIDGE (*pro hac vice*)
cbrundidge@brundidge-stanger.com
DEIDRE L. MCAULEY (*pro hac vice*)
dmcauley@brundidge-stanger.com
2318 Mill Road, Suite 1020
Alexandria, Virginia 22314
Telephone: (703)684-1470
Facsimile: (703)684-1460

SAWYER LAW GROUP, P.C
JOSEPH A. SAWYER, JR. (California SBN: 123092)
sawyer@sawyerlawgroup.com
2479 E. Bayshore Rd., Ste 275
Palo Alto, CA 94303
Telephone: (650)475-1435

Attorneys for Defendants
Ryan Lester and NapsterFM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHAPSODY INTERNATIONAL INC,<br><br>Plaintiff,<br><br>v.<br><br>RYAN LESTER AND NAPSTERFM LLC<br><br>Defendants. | Case No.  3:13-cv-05489-CRB (JSC)<br><br>DECLARATION OF CARL I. BRUNDIDGE IN SUPPORT OF DEFENDANTS RESPONSE TO LETTER BRIEF |

Magistrate Judge Jacqueline Scott Corley

I Carl I. Brundidge, hereby declare as follows:

1. I am an attorney with the law firm of Brundidge & Stanger, P.C., Counsel of record for Defendants Ryan Lester and NapsterFM LLC in this action.  I have personal knowledge and am familiar with the matters described in this declaration, and could testify competently to these matters if called upon to do so.

DECLARATION OF CARL I. BRUNDIDGE IN SUPPORT OF DEFENDANTS RESPONSE
TO LETTER BRIEF

2. This declaration is being submitted in support of Defendants' DEFENDANTS OPPOSITION TO PLAINTIFFS DISCOVERY LETTER BRIEF

3. On August 13, 2014 Counsel for Defendants and Counsel for Plaintiff conducted a meet and confer during which Counsel for Defendants informed Counsel for Plaintiff that Defendants will accept a previous offer made by Plaintiff to settle this matter.

4. Subsequent to the August 13, 2014 meet and confer Defendants through their Counsel confirmed their acceptance of the terms, conditions and amount of the previous offer in writing by email to Plaintiff. (Exhibit A).

5. Counsel for Plaintiff in response to Defendant's email acceptance stated in writing by email to Defendants that they confirm that Plaintiff is "willing to settle this matter on the terms set forth in the June 19 email from Mehrnaz Boroumand Smith" and that Counsel for Plaintiff is now "preparing a settlement agreement and will send that for your review". (Exhibit B).

6. During the meet and confer Plaintiff's Counsel stated that they "will prepare the mutual release of all claims between the parties and the filing for the court indicating the parties have agreed in principle to settle this matter and are suspending any further action in the case". However, Plaintiff's Counsel indicated in a subsequent message that the Plaintiff's preference was not to file anything at the court until the settlement agreement is finalized. (Exhibit B).

7. Defendants had been unable to reach Mr. Tim Iversen after repeated attempts to contact him. (Exhibit C).

8. Counsel for Defendants have continually apprised Plaintiff of the progress of the attempts to reach Mr. Iversen. Specifically I notified Plaintiff on several occasions including August 4, 2014 that they were unable to reach Mr. Iversen and as such he was not available for deposition. (Exhibit D).

9. Counsel for Defendants have been informed that Mr. Iversen has retained his own counsel to represent him in this matter. I have spoken with Mr. Iversen's counsel and have the understanding that Mr. Iversen is now considering his options and may choose to oppose the subpoena. (Exhibit E).

10. Counsel for Defendants have repeatedly informed Counsel for Plaintiff that they never represented Mr. Iversen and cannot guarantee his appearance. Counsel for Defendants' contract is with their expert Jim Timmons who has indicated his willingness to give a deposition in this matter regarding his expert report.

11. As ordered by the court Counsel for Plaintiff and Counsel for Defendants have conducted a meet and confer on August 8, 2014 and have scheduled a subsequent meet and confer for August 18, 2014. Progress has been made with the first meet and confer and should continue with the second meet and confer scheduled for August 18, 2004.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed the 15th day of August 2014, at Alexandria Virginia.

*/s/ Carl I. Brundidge*
CARL I. BRUNDIDGE

DECLARATION OF CARL I. BRUNDIDGE IN SUPPORT OF DEFENDANTS RESPONSE TO LETTER BRIEF