# EXHIBIT C

**From:** Carl Brundidge
**Sent:** Tuesday, August 05, 2014 4:30 PM
**To:** Heather Dickson
**Subject:** Re: Teknos Associates Subpoena re Rhapsody v Napster

Heather,

Please see my message below. I need to hear from Tim Iversen as to his schedule for the requested deposition. If he needs to talk to me he can call my cell phone at 301-758–0389.

Best regards

Carl I. Brundidge

Brundidge & Stanger, P.C.
2318 Mill Road
Suite 1020
Alexandria VA 22314
Tel: 703-684-1470
Fax: 703-684-1460
Email: cbrundidge@brundidge-stanger.com


On Aug 4, 2014, at 8:10 AM, "Carl Brundidge" <cbrundidge@brundidge-stanger.com> wrote:

Heather,

Please inform Tim Iverson that unfortunately Rhapsody insists on taking his deposition.  Thus, I need to know when he may be available. Of he should set a time most convenient ot his schedule.

If you wishes to discuss this with me please have him call my cell phone at 301-758-0389.

Thanks.


Best regards,

Carl I. Brundidge

Brundidge & Stanger, P.C.
2318 Mill Road, Suite 1020
Alexandria, VA 22314
Tel: 703-684-1470
Fax: 703-684-1460
Email: cbrundidge@brundidge-stanger.com

---

**From:** Heather Dickson [hdickson@teknosassociates.com]
**Sent:** Thursday, July 24, 2014 6:17 PM
**To:** Carl Brundidge
**Subject:** RE: Teknos Associates Subpoena re Rhapsody v Napster

Carl,

Thank you for the update.

We will wait to hear further developments.

Regards,

Heather

_____

Heather Dickson l Teknos Associates

Technology Valuation l www.teknosassociates.com

350 Cambridge Ave. l Ste. 300 l Palo Alto, CA 94306

650.330.8800 v l  650.328.5316 f

*This message contains information from Teknos Associates that may be confidential and privileged.  If you are not an intended recipient, please refrain from any disclosure, copying, distribution, or use of this information and note that such actions are prohibited. If you have received this information in error, please notify the sender immediately by telephone or by replying to this transmission.  Thank you.*