1  BRUNDIDGE & STANGER, P.C.
   CARL I. BRUNDIDGE (*pro hac vice*)
2  cbrundidge@brundidge-stanger.com
   DEIDRE L. MCAULEY (*pro hac vice*)
3  dmcauley@brundidge-stanger.com
   2318 Mill Road, Suite 1020
4  Alexandria, Virginia 22314
   Telephone: (703)684-1470
5  Facsimile: (703)684-1460

6  SAWYER LAW GROUP, P.C
7  JOSEPH A. SAWYER, JR. (California SBN: 123092)
   sawyer@sawyerlawgroup.com
8  2479 E. Bayshore Rd., Ste 275
   Palo Alto, CA 94303
9  Telephone: (650)475-1435

10 Attorneys for Defendants
11 Ryan Lester and NapsterFM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RHAPSODY INTERNATIONAL INC, | Case No. 3:13-cv-05489-CRB |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF CHANGE IN COUNSEL |
| RYAN LESTER AND NAPSTERFM LLC | |
| Defendants. | |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Deidre Letoya McAuley (*Pro Hac Vice*) has resigned from Brundidge & Stanger PC and is therefore no longer counsel of record for Defendants Ryan Lester and NapsterFM LLC, and is no longer associated in this case with Brundidge & Stanger PC.

NOTICE OF CHANGE IN COUNSEL

Please continue to direct all future mailings to Carl I. Brundidge of Brundidge & Stanger PC, who will remain counsel of record for Defendants.

**PLEASE TAKE FURTHER NOTICE** that the foregoing notice includes without limitation all notices, papers, orders of any pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or email.

DATED:   August 15, 2014

                                            Respectfully Submitted,

                                            Brundidge & Stanger, PC

                                            By:   /s/Deidre Letoya McAuley

                                            Carl I. Brundidge
                                            (*pro hac vice*)
                                            Deidre L. McAuley
                                            (*pro hac vice*)
                                            Attorneys for the Defendants
                                            Ryan Lester and NapsterFM LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2014, I caused to be served by electronic mail the foregoing Notice of Change in Counsel on:

Mehrnaz Boroumand Smith
Gia Cincone
Counsels for Plaintiff
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111

Email: mboroumand@kilpatricktownsend.com
gcincone@kilpatricktownsend.com

                Brundidge & Stanger PC

                By:  __/s/Deidre Letoya McAuley___

                Carl I. Brundidge
                (*pro hac vice*)
                Deidre L. McAuley
                (*pro hac vice*)
                Attorneys for the Defendants
                Ryan Lester and NapsterFM LLC